THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION
No. 1:10-cv-691-UA-PTS

| | | |
|---|---|---|
| **CHERRIE HACKNEY** | ) | |
| **Plaintiff,** | ) | |
| | ) | **NOTICE OF** |
| **vs.** | ) | |
| | ) | **SETTLEMENT** |
| **COMMERCIAL RECOVERY SYSTEMS,** | ) | |
| **INC.; and BERNARD SEGAL,** | ) | |
| **Defendants.** | ) | |

## NOTICE

**PLEASE BE ADVISED** that the above-named Plaintiff and Defendants have settled the above-referenced matter. The Parties anticipate that the details will be worked out and fully executed within 30 days of this filing.

Respectfully submitted this the 8th day of November, 2010,

MARTIN ATTORNEY AT LAW, PLLC

By: /s/ Angela Martin

Angela O. Martin, Esq.
NC Bar 34951
1911 Keller Andrews Road
Sanford, North Carolina 27330
(919) 708-7477
FAX: (888) 872-4232
angela@angelamartinlaw.com
ATTORNEY FOR THE PLAINTIFF