# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION
# No. 1:10-cv-691-UA-PTS

| | |
|---|---|
| **CHERRIE HACKNEY** ) | |
| **Plaintiff,** ) | |
| ) | **NOTICE OF** |
| vs. ) | **VOLUNTARY DISMISSAL** |
| ) | **WITH PREJUDICE** |
| **COMMERCIAL RECOVERY SYSTEMS,** ) | |
| **INC.; and BERNARD SEGAL,** ) | |
| **Defendants.** ) | |

Plaintiff, by and through the undersigned counsel, pursuant to Fed. R. Civ. P. 41(a) hereby files this Notice of Voluntary Dismissal **WITH PREJUDICE.**

Respectfully submitted this the 9th day of December, 2010.

MARTIN ATTORNEY AT LAW, PLLC

By: /s/Angela O. Martin
    Angela O. Martin, Esq.
    NC Bar 34951
    Attorney for Defendant
    Martin Attorney at Law, PLLC
    1911 Keller Andrews Road
    Sanford, North Carolina 27330
    (919) 708-7477, FAX: (888) 872-4232